Joel S. Feldman (Admitted *Pro Hac Vice*)
jfeldman@sidley.com
Lisa E. Schwartz (Admitted *Pro Hac Vice*)
lschwartz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

**Attorneys for Tracfone Wireless, Inc.
And Wal-Mart Stores, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HANSEL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,<br><br>                    Defendants. | Case No. CV-13-3440<br><br>**NOTICE OF APPEARANCE** |

CH1 7967714v.1

**TO THE CLERK OF COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 5-1(c)(2)(A), Joel S. Feldman, of Sidley Austin LLP hereby appears as counsel of record in this action for defendant Wal-Mart Stores, Inc.  Mr. Feldman is admitted to practice *pro hac vice* (dkt. 17) in this matter before this Court.  Mr. Feldman's address, telephone number and facsimile number are as follows:

> Sidley Austin LLP
> One South Dearborn Street
> Chicago, Illinois
> Telephone: 312-853-7000
> Facsimile: 312-853-7039

For purposes of receipt of Notices of Electronic Filing, Mr. Feldman's e-mail address is as follows:

> jfeldman@sidley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: October 7, 2013

SIDLEY AUSTIN LLP

By:   /s/ Joel S. Feldman

Joel S. Feldman
Attorney for TracFone Wireless, Inc. and
Wal-Mart Stores, Inc.