1 | Counsel Listed on Signature Page

2 | UNITED STATES DISTRICT COURT

3 | NORTHERN DISTRICT OF CALIFORNIA

4 | SAN FRANCISCO DIVISION

5 | DAVID HANSEL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,

Defendants.

)
) Case No. 13-cv-03440-EMC
)
) **STIPULATION AND [PROPOSED]**
) **ORDER REGARDING REQUEST TO**
) **RESCHEDULE CASE MANAGEMENT**
) **CONFERENCE AND RESET DEADLINE**
) **FOR CASE MANAGEMENT REPORT**

---

MARTIN BLAQMOOR, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TRACFONE WIRELESS, INC.

Defendant.

Case No. 13-cv-05295-EMC

---

MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TRACFONE WIRELESS, INC.

Defendant.

Case No. 13-cv-05296-EMC

---

STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rule 7-12, the parties respectfully request that the Court reschedule the Case Management Conference and reset the deadline for the Case Management Report:

1. On January 27, 2014, the Court set a Case Management Conference for May 29, 2014 at 9:00 a.m. with the Case Management Report due one week earlier on May 22, 2014. (Doc. No. 58).

2. Lead counsel for Defendants has a calendar conflict and is unable to attend the May 29, 2014 Case Management Conference.

3. Counsel for all parties are available to attend a Case Management Conference one week earlier, on May 22, 2014.

4. The parties stipulate to rescheduling the Case Management Conference for May 22, 2014 at 9:00 a.m. and resetting the deadline for the parties to submit the Case Management Report to May 15, 2014.

**IT IS SO STIPULATED.**

DATED:     March 10, 2014           Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Joel S. Feldman

Joel S. Feldman (admitted *pro hac vice*)
jfeldman@sidley.com
Lisa E. Schwartz (admitted *pro hac vice*)
lschwartz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

Steven J. Brodie (admitted *pro hac vice*)
sbrodie@carltonfields.com
Aaron S. Weiss (admitted *pro hac vice*)
aweiss@carltonfields.com
CARLTON FIELDS, P.A.
Miami Tower
100SE Second Street, Suite 4200
Miami, FL 33131-2119

                                                  Attorneys for Defendants
TRACFONE WIRELESS, INC.,
d.b.a. STRAIGHT TALK WIRELESS and
WAL-MART STORES, INC.

DATED:     March 10, 2014           By: /s/ Michael W. Sobol

                                                  Michael W. Sobol (State Bar No. 194857)
Nicole D. Reynolds (State Bar No. 246255)
LIEFF CABRASER HEIMANN &
BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
msobol@lchb.com
nreynolds@lchb.com

*Attorneys for Plaintiffs*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45.X.B., I hereby attest that the signatory has concurred in this filing.

Dated:     March 10, 2014           SIDLEY AUSTIN LLP

                                                  By:     /s/ Ryan M. Sandrock

1  The Case Management Conference currently set for May 29, 2014 shall be rescheduled to
2  May 22, 2014 at 9:00 a.m.  The deadline for the parties to submit the Case Management Report shall
3  be May 15, 2014.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  DATED: 3/11/14

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Edward M. Chen