United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HANSELL, *et al.*, | No. C-13-3440 EMC |
| Plaintiffs, | **RELATED TO** |
| v. | No. C-13-5295 EMC |
| | No. C-13-5296 EMC |
| TRACFONE WIRELESS, INC., *et al.*, | |
| Defendants. | **ORDER DENYING DEFENDANT TRACFONE'S MOTION TO SHORTEN TIME AS MOOT** |
| AND ALL RELATED ACTIONS. | **(Docket No. 68, C-13-3440)** |
| | **(Docket No. 34, C-13-5295)** |
| | **(Docket No. 34, C-13-5296)** |

Before the Court are three related suits against Tracfone Wireless, Inc. ("Tracfone"): *Hansell v. Tracfone* (13-cv-3440 EMC), *Blaqmoor v. Tracfone* (13-cv-5295 EMC), and *Gandhi v. Tracfone* (13-cv-5296 EMC) (collectively, the "*Hansell* Cases"). On January 27, 2014, the Court granted a 90-stay (the "Stay") in all three cases pursuant to the parties' stipulation, as a settlement was pending in a similar case, *Browning v. Tracfone*, in the Southern District of Florida. All four suits are class actions.

On March 19, 2014, Judge Cooke of the Southern District of Florida transferred *Browning* to this Court. *See Browing v. Tracfone*, 14-cv-1347 EMC, Docket No. 61. A motion for approval of preliminary settlement had been pending before Judge Cooke, but pursuant to the transfer, Judge Cook denied the motion as "moot."

On March 26, 2014, the plaintiffs in the *Hansell* Cases ("Plaintiffs") filed a Motion to Consolidate Related Actions and for Appointment of Interim Class Counsel, to consolidate all four

1  cases. *Hansell*, Docket No. 64.  The Motion to Consolidate is scheduled for hearing before the
2  Court on May 22, 2014.  On April 1, 2014, Tracfone filed a Motion for a 90-Day Extension of the
3  Stay.  Tracfone believes that the 90-day Stay ends April 28, 2014 (April 27 being a Sunday), while
4  Plaintiffs take the position that the Stay automatically ended when Judge Cooke denied the motion
5  for approval of preliminary settlement as "moot," because the parties had stipulated that the Stay
6  would be terminated "[i]f preliminary approval of settlement is denied in *Browning*."  *Hansell*,
7  Docket No. 58 at 7.
8      Currently pending before the Court is Tracfone's Motion to Shorten Time on its Motion for a
9  90-Day Extension of the Stay.  *Hansell*, Docket No. 68.  Tracfone argues that the Court should
10 extend the Stay to evaluate the reasonableness of the *Browning* settlement.  The parties do not
11 dispute that the class alleged in *Browning* would encompass the classes alleged in the *Hansell* Cases
12 – *Browning* alleges a nation-wide class, and covers all of the various phone plans alleged in the
13 *Hansell* Cases.  Plaintiffs, on the other hand, argue that the *Browning* settlement is inadequate and
14 premature, and display the "hallmarks of a 'reverse-auction settlement.'"  Opposition to Tracfone's
15 Motion to Shorten Time (*Hansell*, Docket No. 71) at 4.  Plaintiffs want discovery to resume
16 immediately.
17     It makes little sense for the Court to conduct in parallel *Browning* and the *Hansell* Cases.
18 The proposed settlement in *Browning* may end the *Hansell* Cases, and Plaintiff's Motion to
19 Consolidate is pending, as is Tracfone's Motion to Stay.  The Court will hear Tracfone's Motion to
20 Stay together with Plaintiff's Motion to Consolidate on May 22, 2014.  Proceedings in the *Hansell*
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Cases are stayed until May 22, except for briefing on these motions. Thus, the Court **DENIES** as moot Tracfone's Motion to Shorten Time. Briefing for the Motion to Stay will follow the usual deadlines: Plaintiffs' response is due April 15, 2014; Tracfone's reply is due April 22, 2014.

This order disposes of Docket No. 68, C-13-3440 and Docket No. 34 in C-13-5295 and C-13-5296.

IT IS SO ORDERED.

Dated: April 7, 2014

_____
EDWARD M. CHEN
United States District Judge