**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** | May 22, 2014 | **Time:** 2:02-2:38 |
| | | **Court Reporter**: Joann Bryce |

**Case No. and Name:**   C13-3440 EMC Hansel et al. v. Tracfone Wireless, et al.
And related cases:
C13-5295 EMC (Blaqmoor)
C13-5296 EMC (Gandhi)
C14-1347 EMC (Browning)

**Attorneys:**   -Michael Sobol, Nicole Sugnet, Roger Heller, and Daniel Hattis for Plaintiffs Hansel, et al.
-Rachel Soffin, John Yanchunis and Andrew Meyer for Plaintiff Browning, et al.
-Joel Feldman, Steven Brodie and Ryan Sandrock for Defendants

**Deputy Clerk:**   Betty Lee

**PROCEEDINGS:**

- PLAINTIFFS' MOTION TO CONSOLIDATE #63
- DEFENDANTS' MOTION TO STAY #63
- CMC

**SUMMARY:**

For the reasons stated on the record, Hansell Plaintiffs' Motion to Consolidate is DENIED. Defendant TracFone's Motion to Stay is GRANTED IN PART and DENIED IN PART.  The Court denies the Motion to Stay to the extent of allowing meaningful discovery that informs the fairness and adequacy of the proposed settlement under the factors in *Churchill*, 361 F.3d 566 (9th Cir. 2004) and *Bluetooth*, 654 F.3d 935 (9th Cir. 2011), and to the extent of allowing briefing on the Motion for Preliminary Approval.  The Court otherwise grants the Motion to Stay.

Browning shall file a revised Motion for Preliminary Approval by 5/30/14.  Opposition due 9/30/14.  Reply due 10/21/14.  Motion hearing scheduled for 11/13/14 at 1:30 pm.  Discovery shall be completed by 9/22/14.  Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit a joint letter to the Court on unresolved issues.

Further CMC for all four actions is set for 11/13/14 at 1:30 pm.  Further discovery, ADR and motion dates to be discussed at that time.  An updated joint CMC statement shall be filed by 11/6/14.