1  Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HANSELL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,<br><br>Defendants. | Case No.: 13-cv-3440-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED CASE SCHEDULE PURSUANT TO LOCAL RULES 6-1(B), 6-2, AND 7-12** |
| MARTIN BLAQMOOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC.<br><br>Defendant. | Case No. 13-cv-05295-EMC |
| MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC.<br><br>Defendant. | Case No. 13-cv-05296-EMC |

| | |
|---|---|
| JOHN BROWNING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC. d/b/a STRAIGHT TALK WIRELESS, NET10 WIRELESS, SIMPLE MOBILE and TELCEL AMERICA and WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 14-cv-01347-EMC |

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED CASE SCHEDULE

1    WHEREAS, pursuant to the Court's May 23, 2014 orders, the current schedule is as follows:

2    September 22, 2014    Completion of Confirmatory Discovery Re: Settlement

3    September 30, 2014    Opposition to Motion for Preliminary Approval

4    October 21, 2014    Reply in Support of Motion for Preliminary Approval

5    November 13, 2014    Hearing on Motion for Preliminary Approval/CMC

6    WHEREAS, the *Hansell* Plaintiffs have asked to take the deposition of Wal-Mart's Mehrdad Akbar as part of confirmatory discovery.

8    WHEREAS, Mr. Akbar's next available date for a full-day deposition is September 30, 2014 and the parties are also available on this date.

10   WHEREAS, September 30, 2014 is after the discovery cut-off and the same day as the *Hansell* Plaintiffs' Opposition to Motion for Preliminary Approval is due.

12   WHEREAS, the Court has previously ordered the following time modifications:

13   *Hansell* Dkt. 27, 28: Extending time to file answer

14   *Hansell* Dkt. 61, *Blaqmoor* Dkt. 29, *Gandhi* Dkt. 29:  Rescheduling CMC

15   *Blaqmoor* Dkt. 16, *Gandhi* Dkt. 16:  Modifying schedule on arbitration motion

16   *Hansell* Dkt. 72, *Blaqmoor* Dkt. 38, *Gandhi* Dkt. 50:  Rescheduling hearing on motion to stay.

18   WHEREFORE, the parties stipulate to the following modified schedule, pushing back the discovery cut-off and each briefing deadline by eight days, to allow the *Hansell* Plaintiffs to take Mr. Akbar's deposition prior to the close of discovery and the filing of their Opposition to the Motion for Preliminary Approval:

September 30, 2014    Completion of Confirmatory Discovery Re: Settlement

October 8, 2014    Opposition to Motion for Preliminary Approval

October 29, 2014    Reply in Support of Motion for Preliminary Approval

November 13, 2014, 1:30 p.m. (or as soon thereafter as may be convenient to the Court)    Hearing on Motion for Preliminary Approval/CMC[1]

---

[1] The parties remain prepared to proceed on November 13, 2014 for the hearing on the motion for preliminary approval.  However, the parties recognize that entry of this modified schedule would

1  **IT IS SO STIPULATED.**

2  DATED:          August 20, 2014              Respectfully submitted,

3                                                SIDLEY AUSTIN LLP

4                                                By: /s/ Joel S. Feldman

5                                                   Joel S. Feldman (admitted *pro hac vice*)
                                                    jfeldman@sidley.com
6                                                   Lisa E. Schwartz (admitted *pro hac vice*)
                                                    lschwartz@sidley.com
7                                                   SIDLEY AUSTIN LLP
                                                    One South Dearborn Street
8                                                   Chicago, Illinois  60603

9                                                   Ryan M. Sandrock (SBN 251781)
                                                    rsandrock@sidley.com
10                                                  SIDLEY AUSTIN LLP
                                                    555 California Street, Suite 2000
11                                                  San Francisco, California  94104

12                                                  Steven J. Brodie (admitted *pro hac vice*)
                                                    sbrodie@carltonfields.com
13                                                  Aaron S. Weiss (admitted *pro hac vice*)
                                                    aweiss@carltonfields.com
14                                                  CARLTON FIELDS, P.A.
                                                    Miami Tower
15                                                  100SE Second Street, Suite 4200
                                                    Miami, FL 33131-2119
16
                                                    *Attorneys for Defendants*
17

18  DATED:          August 20, 2014             By: /s/ Michael W. Sobol

19                                                  Michael W. Sobol (State Bar No. 194857)
                                                    Roger N. Heller (State Bar No. 215348)
20                                                  Nicole D. Sugnet (State Bar No. 246255)
                                                    LIEFF CABRASER HEIMANN &
21                                                  BERNSTEIN
                                                    275 Battery Street, 29th Floor
22                                                  San Francisco, CA 94111
                                                    Telephone: (415) 956-1000
23                                                  msobol@lchb.com
                                                    nreynolds@lchb.com
24
                                                    *Attorneys for the Hansell, Blaqmoor, and*
25                                                  *Gandhi Plaintiffs*

26  ─────────────────────────────────────────
    allow the Court eight fewer days than previously scheduled between the filing of the reply brief and
27  the hearing date, and that, should the stipulation be entered, the Court may wish to move the hearing
    date back by a short period of time.
28

2
STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED CASE SCHEDULE

| | | |
|---|---|---|
| DATED: | August 20, 2014 | By: /s/ Clayeo C. Arnold |

                                                           Clayeo C. Arnold (State Bar No. 65070)
                                                           Christine M. Doyle (State Bar No. 106865)
                                                           Clayeo C. Arnold
                                                           A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, California 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
clay@justice4you.com
cdoyle@justice4you.com

J. Andrew Meyer (admitted *pro hac vice*)
John A. Yanchunis (admitted *pro hac vice*)
Rachel Soffin (admitted pro hac vice)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4787
Email: ameyer@forthepeople.com
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

*Attorneys for the Browning Plaintiffs*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45.X.B., I hereby attest that the signatory has concurred in this filing.

| | | |
|---|---|---|
| Dated: | August 20, 2014 | SIDLEY AUSTIN LLP |
| | | By:   /s/ Ryan M. Sandrock |

3
STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED CASE SCHEDULE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  8/26/14

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE