Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104

Joel S. Feldman (admitted *pro hac vice*)
jfeldman@sidley.com
Lisa E. Schwartz (admitted *pro hac vice*)
lschwartz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Steven J. Brodie (admitted *pro hac vice*)
sbrodie@carltonfields.com
Aaron S. Weiss (admitted *pro hac vice*)
aweiss@carltonfields.com
CARLTON FIELDS, P.A.
100SE Second Street, Suite 4200
Miami, Florida 33131

Attorneys for Defendants
TRACFONE WIRELESS, INC., d.b.a.
STRAIGHT TALK WIRELESS, and
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HANSELL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,<br><br>Defendants. | Case No. 13-cv-03440-EMC<br><br>**JOINT STIPULATION AND [PR~~O~~POSED ORDER] REGARDING MODIFIED CASE SCHEDULE PURSUANT TO LOCAL RULES 6-1(b), 6-2, AND 7-12** |

| | | |
|---|---|---|
| 1 | MARTIN BLAQMOOR, individually and on behalf of all others similarly situated, | ) ) ) Case No. 13-cv-05295-EMC |
| 2 | | ) |
| 3 | Plaintiff, | ) ) |
| 4 | v. | ) ) |
| 5 | TRACFONE WIRELESS, INC., | ) ) |
| 6 | Defendant. | ) ) |
| 7 | | ) ) |
| 8 | | ) |
| 9 | MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated, | ) ) Case No. 13-cv-05296-EMC ) ) |
| 10 | | ) |
| 11 | Plaintiffs, | ) ) |
| 12 | v. | ) ) |
| 13 | TRACFONE WIRELESS, INC. | ) ) |
| 14 | Defendant. | ) ) |
| 15 | JOHN BROWNING, on behalf of himself and all others similarly situated, | ) ) Case No. 14-cv-01347-EMC |
| 16 | | ) |
| 17 | Plaintiff, | ) ) |
| 18 | v. | ) ) |
| 19 | TRACFONE WIRELESS, INC. and WAL-MART STORES, INC., | ) ) ) |
| 20 | | ) |
| 21 | Defendants. | ) ) ) |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

WHEREAS, pursuant to the Court's May 23, 2014 orders, as amended by the Court's August 26, 2014 order adopting the parties' stipulation to modify case schedule, the current schedule is as follows:

| | |
|---|---|
| September 30, 2014 | Completion of Confirmatory Discovery Re: Settlement |
| October 8, 2014 | Opposition to Motion for Preliminary Approval |
| October 29, 2014 | Reply in Support of Motion for Preliminary Approval |
| November 13, 2014, 1:30 p.m. (or as soon thereafter as may be convenient to the Court) | Hearing on Motion for Preliminary Approval/CMC |

WHEREAS, the parties are continuing to negotiate in a good faith effort to resolve the pending disputes, with a continued mediation scheduled on October 30, 2014.

WHEREAS, the parties agree that a temporary stay on all aspects of the litigation should be put into place during the parties' negotiations, including a stay on all briefing deadlines, hearings, motions practice, and discovery.

WHEREAS, the parties agree that, to inform the Court of the status of the parties' negotiations, the November 13, 2014 Case Management Conference should be retained on the case schedule.

WHEREAS, the parties agree that, in the event they are unable to resolve the pending disputes, additional time will be necessary to complete confirmatory discovery and to brief Preliminary Approval regarding the pending settlement.

WHEREAS, the Court has previously ordered the following time modifications:

*Hansell* Dkt. 27, 28: Extending time to file answer;

*Hansell* Dkt. 61, *Blaqmoor* Dkt. 29, *Gandhi* Dkt. 29: Rescheduling CMC;

*Blaqmoor* Dkt. 16, *Gandhi* Dkt. 16: Modifying schedule on arbitration motion;

*Hansell* Dkt. 72, *Blaqmoor* Dkt. 38, *Gandhi* Dkt. 50: Rescheduling hearing on motion to stay; and

*Hansell* Dkt. 88, *Gandhi* Dkt. 53, *Blaqmoor* Dkt. 52 *Browning* Dkt. 106: Extending discovery cut-off and briefing deadline on motion for preliminary approval by eight days.

WHEREFORE, the parties stipulate to the following modified schedule staying discovery and then, if necessary, re-opening discovery, extending the briefing schedule on the motion for preliminary approval, and continuing the hearing on that motion:

| | |
|---|---|
| September 30, 2014 | Stay of Confirmatory Discovery Re: Settlement |
| November 13, 2014, 1:30 p.m. (or as soon thereafter as may be convenient to the Court) | CMC (at 10:15 a.m.) |
| November 13, 2014 | Re-opening of Confirmatory Discovery Re: Settlement |
| December 19, 2014 | Completion of Confirmatory Discovery Re: Settlement |
| January 5, 2015 | Opposition to Motion for Preliminary Approval |
| January 26, 2015 | Reply in Support of Motion for Preliminary Approval |
| February 12, 2015, 1:30 p.m. (or as soon thereafter as may be convenient to the Court) | Hearing on Motion for Preliminary Approval |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: October 2, 2014 | Respectfully submitted, |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | By: /s/ Joel S. Feldman |
| | | Joel S. Feldman (admitted *pro hac vice*) |
| 4 | | jfeldman@sidley.com |
| | | Lisa E. Schwartz (admitted *pro hac vice*) |
| 5 | | lschwartz@sidley.com |
| | | SIDLEY AUSTIN LLP |
| 6 | | One South Dearborn Street |
| 7 | | Chicago, Illinois 60603 |
| 8 | | Ryan M. Sandrock (SBN 251781) |
| | | rsandrock@sidley.com |
| 9 | | SIDLEY AUSTIN LLP |
| | | 555 California Street, Suite 2000 |
| 10 | | San Francisco, California 94104 |
| 11 | | |
| 12 | | Steven J. Brodie (admitted *pro hac vice*) |
| | | sbrodie@cfjblaw.com |
| 13 | | Aaron S. Weiss (admitted *pro hac vice*) |
| | | aweiss@cfjblaw.com |
| 14 | | CARLTON FIELDS JORDEN BURT, P.A. |
| | | Miami Tower |
| 15 | | 100 SE Second Street, Suite 4200 |
| | | Miami, FL 33131-2119 |
| 16 | | |
| 17 | | *Attorneys for Defendants* |
| 18 | DATED: October 2, 2014 | By: /s/ Michael W. Sobol |
| 19 | | Michael W. Sobol (State Bar No. 194857) |
| | | Roger N. Heller (State Bar No. 215348) |
| 20 | | Nicole D. Sugnet (State Bar No. 246255) |
| 21 | | LIEFF CABRASER HEIMANN & BERNSTEIN |
| 22 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| 23 | | Telephone: (415) 956-1000 |
| | | msobol@lchb.com |
| 24 | | nreynolds@lchb.com |
| 25 | | *Attorneys for the Hansell, Blaqmoor, and Gandhi Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| DATED: | October 2, 2014 | By: /s/ Clayeo C. Arnold |

Clayeo C. Arnold (State Bar No. 65070)
Christine M. Doyle (State Bar No. 106865)
Clayeo C. Arnold
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, California 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
clay@justice4you.com
cdoyle@justice4you.com

J. Andrew Meyer (admitted *pro hac vice*)
John A. Yanchunis (admitted *pro hac vice*)
Rachel Soffin (admitted pro hac vice)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4787
Email: ameyer@forthepeople.com
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

*Attorneys for the Browning Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45.X.B., I hereby attest that the signatory has concurred in this filing.

Dated:     October 2, 2014          SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified above).
2  Further CMC set for 11/13/14 at 10:15 a.m. (not 1:30 p.m.) An updated joint CMC statement shall be filed by 11/6/14.
3  DATED: _____10/6/14_____



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE