**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** | November 13, 2014 | **FTR Time:** 10:19-10:36 (10:23-10:36 not recorded per counsel's request) |
| **Case No. and Name:** | C13-3440 EMC Hansel et al. v. Tracfone Wireless, et al.<br>And related cases:<br>C13-5295 EMC (Blaqmoor)<br>C13-5296 EMC (Gandhi)<br>C14-1347 EMC (Browning) | |
| **Attorneys:** | Michael Sobol for Plaintiffs Hansel, et al.<br>John Yanchunis for Plaintiff Browning, et al.<br>Joel Feldman and Steven Brodie for Defendants | |
| **Deputy Clerk:** | Betty Lee | |

### PROCEEDINGS:

- Further CMC

### SUMMARY:

Browning's Motion for preliminary approval of settlement is scheduled for 2/12/15 at 1:30 p.m. Opposition due 1/5/15. Reply due 1/26/15.

As to Hansell, Blaqmoor and Ghandi cases, counsel reported that there is a settlement in principle subject to certain conditions. Parties to submit settlement documents for the Court's in camera review only and to provide a proposed schedule for approval proceedings regarding the settlement of all cases.

Further CMC is scheduled for 1/15/15 at 10:30 a.m. An updated joint CMC statement shall be filed by 1/8/15.