Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
Nicole D. Sugnet (State Bar No. 246255)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
E-mail: msobol@lchb.com
rheller@lchb.com
nreynolds@lchb.com

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HANSELL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,<br><br>Defendants. | Case No. 13-cv-03440-EMC<br><br>**[PROPOSED] ORDER RELATING CASES PURSUANT TO CIV. L.R. 3-12**<br><br>Judge: Hon. Edward M. Chen |
| MARTIN BLAQMOOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC.,<br><br>Defendant. | Case No. 13-cv-05295-EMC |

[PROPOSED] ORDER RELATING CASES
Case Nos. 13-cv-3440, 13-cv-05295, 13-cv-05296, and 14-cv-01347

| | | |
|---|---|---|
| 1 | MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated, | ) ) Case No. 13-cv-05296-EMC ) |
| 2 | | ) |
| 3 | Plaintiffs, | ) ) |
| 4 | | ) |
| 5 | v. | ) ) |
| 6 | TRACFONE WIRELESS, INC. | ) ) |
| 7 | Defendant. | ) ) |
| 8 | | ) ) |
| 9 | JOHN BROWNING, on behalf of himself and all others similarly situated, | ) ) Case No. 14-cv-01347-EMC |
| 10 | | ) |
| 11 | Plaintiff, | ) ) |
| 12 | v. | ) ) |
| 13 | TRACFONE WIRELESS, INC. and WAL-MART STORES, INC., | ) ) |
| 14 | | ) ) |
| 15 | Defendants. | ) ) |
| 16 | | ) ) |

[PROPOSED] ORDER RELATING CASES
Case Nos. 13-cv-3440, 13-cv-05295, 13-cv-05296, and 14-cv-01347

1

2  Having considered the Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related, and good cause appearing, IT IS HEREBY ORDERED THAT:

3

4  1. Pursuant to Civil Local Rule 3-12, the subsequently-filed case, *Federal Trade Commission v. TracFone Wireless, Inc.*, Case No. 3:15-cv-00392-WHA, is hereby related to the following cases pending before this Court:

5

6

 • *Hansell v. TracFone Wireless, Inc. et al.*, Case No. 13-cv-3440-EMC

7

 • *Blaqmoor v. TracFone Wireless, Inc.*, Case No. 13-cv-5295-EMC

8

 • *Gandhi v. TracFone Wireless, Inc.*, Case No. 13-cv-5296-EMC

9

 • *Browning v. TracFone Wireless, Inc.*, Case No. 14-cv-01347-EMC

10

 2. *Federal Trade Commission v. TracFone Wireless, Inc.*, Case No. 3:15-cv-00392, is hereby reassigned to this Court.

11

12

13  **IT IS SO ORDERED.**

14

15  DATED: __1/30__, 2015



16  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

17  1215928.1

18

19

20

21

22

23

24

25

26

27

28