1  [Counsel listed on signature page]

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HANSELL, EDWARD TOOLEY, and CHRISTOPHER VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC., d.b.a. STRAIGHT TALK WIRELESS, and WAL-MART STORES, INC.,<br><br>Defendants. | Case No. 13-cv-03440-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| MARTIN BLAQMOOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC.,<br><br>Defendant. | Case No. 13-cv-05295-EMC |

| | | |
|---|---|---|
| 1 | MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated, | Case No. 13-cv-05296-EMC |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | TRACFONE WIRELESS, INC. | |
| 6 | Defendant. | |
| 7 | | |
| 8 | JOHN BROWNING, on behalf of himself and all others similarly situated, | Case No. 14-cv-01347-EMC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | TRACFONE WIRELESS, INC. and WAL-MART STORES, INC., | |
| 13 | | |
| 14 | Defendants. | |

Plaintiffs in the *Hansell* and *Gandhi* cases, Plaintiff in the *Browning* and *Blaqmoor* cases, and Defendants TracFone Wireless, Inc. and Wal-Mart Stores, Inc. (collectively, the "Parties") respectfully submit this Joint Stipulation in connection with the Unopposed Motion for Preliminary Approval of Class Action Settlement that is currently scheduled to be heard on February 12, 2015, at 1:30 PM.

On February 2, 2015, the Court's clerk contacted counsel for the Parties and informed them that if the Parties were able to file the proposed settlement agreement and motion for preliminary approval by noon, Friday, February 6, 2015, then the Court would be able to keep on calendar the status conference and hearing currently scheduled for February 12, 2015, but that if the Parties were to later file preliminary approval papers, then it would be re-scheduled a week later, that is, at 1:30 p.m., February 19, 2015.

The Parties have reached agreement on the terms of the settlement and are awaiting final signatures from one of the defendants, which is expected by the end of the week. Additionally, the Parties are scheduled to confer with the proposed class administrator (Analytics) and the proposed class notice administrator (HF Media) this Friday afternoon, who likely will be submitting declarations in support of the Unopposed Motion for Settlement Preliminary Approval of Class Action Settlement.

Accordingly, the Parties respectfully submit that the Court should continue the CMC and hearing currently scheduled for 1:30 p.m., February 12, 2015, until the next week. Given the travel schedules of Defendants' lead counsel, the Browning plaintiff's counsel, both of whom are located out of state, they respectfully request that the hearing be put on the Court's calendar for the morning of February 20, 2015. If the Court is unavailable at that time, then all counsel will make themselves available for the date and time previously indicated by the Court, 1:30 p.m., February 19, 2015.

DATED:      February 5, 2015                    Respectfully submitted,

                                                SIDLEY AUSTIN LLP
                                                By: /s/ Joel S. Feldman
                                                Joel S. Feldman (admitted *pro hac vice*)
                                                jfeldman@sidley.com

|   |   |   |
|---|---|---|
| 1 |  | Lisa E. Schwartz (admitted *pro hac vice*) |
| 2 |  | lschwartz@sidley.com |
|   |  | SIDLEY AUSTIN LLP |
| 3 |  | One South Dearborn Street |
|   |  | Chicago, Illinois 60603 |
| 4 |  |  |
|   |  | Ryan M. Sandrock (SBN 251781) |
| 5 |  | rsandrock@sidley.com |
|   |  | SIDLEY AUSTIN LLP |
| 6 |  | 555 California Street, Suite 2000 |
| 7 |  | San Francisco, California 94104 |
| 8 |  | Steven J. Brodie (admitted *pro hac vice*) |
|   |  | sbrodie@cfjblaw.com |
| 9 |  | Aaron S. Weiss (admitted *pro hac vice*) |
|   |  | aweiss@cfjblaw.com |
| 10 |  | CARLTON FIELDS JORDEN BURT, P.A. |
|   |  | Miami Tower |
| 11 |  | 100 SE Second Street, Suite 4200 |
| 12 |  | Miami, FL 33131-2119 |
| 13 |  | *Attorneys for Defendants* |
| 14 | DATED:    February 5, 2015 | By: /s/ Michael W. Sobol |
|   |  | Michael W. Sobol (State Bar No. 194857) |
| 15 |  | Roger N. Heller (State Bar No. 215348) |
| 16 |  | Nicole D. Sugnet (State Bar No. 246255) |
|   |  | LIEFF CABRASER HEIMANN & |
| 17 |  | BERNSTEIN |
|   |  | 275 Battery Street, 29th Floor |
| 18 |  | San Francisco, CA 94111 |
|   |  | Telephone: (415) 956-1000 |
| 19 |  | msobol@lchb.com |
| 20 |  | nsugnet@lchb.com |

|   |   |   |
|---|---|---|
| 1 | | Daniel M. Hattis (State Bar No. 232141) |
| 2 | | Kirill M. Devyatov (State Bar No. 293106) |
|   | | HATTIS LAW |
| 3 | | 2300 Geng Road Suite 200 |
|   | | Palo Alto, CA 94303 |
| 4 | | Telephone: (650) 980-1990 |
|   | | dan@hattislaw.com |
| 5 | | kd@hattislaw.com |

*Attorneys for the Hansell, Blaqmoor, and Gandhi Plaintiffs*

DATED:  February 5, 2015          By: /s/ John A. Yanchunis
J. Andrew Meyer (admitted *pro hac vice*)
John A. Yanchunis (admitted *pro hac vice*)
Rachel Soffin (admitted pro hac vice)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4787
Email: ameyer@forthepeople.com
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

Clayeo C. Arnold (State Bar No. 65070)
Christine M. Doyle (State Bar No. 106865)
Clayeo C. Arnold
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, California 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
clay@justice4you.com
cdoyle@justice4you.com

*Attorneys for the Browning Plaintiffs*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated:  February 5, 2015          SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

**[PROP~~OS~~ED] ORDER**

Pursuant to the stipulation of the parties, the hearing on the Unopposed Motion for Preliminary Approval of Class Action Settlement that is presently scheduled to be heard on February 12, 2015, at 1:30 P.M. is hereby rescheduled for hearing on February 19, 2015 at 1:30 ~~a.~~m./ p.m.  It is so ordered. The parties' briefs and supporting papers (including courtesy copies) shall be filed with the Court no later than 5 p.m. on February 11, 2015.  The parties shall ensure that counsel for the FTC receives a copy of this Order.

Hon. Edward M. Chen
U.S. District Court Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

JOINT STIPULATION AND [PROPOSED] ORDER
Case Nos. 13-cv-3440, 13-cv-05295, 13-cv-05296, and 14-cv-01347

ACTIVE 205031793v.1