UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C-13-3440 EMC

IN RE TRACFONE UNLIMITED SERVICE PLAN LITIGATION
_____/

**ORDER RE SUPPLEMENTAL BRIEFING**

The Court has reviewed class counsel's motion for attorneys' fees and the supporting papers. Docket No. 122. The Court hereby orders class counsel to provide detailed copies of all attorney billing records in support of Plaintiffs' lodestar figure. Plaintiffs' counsel shall also file a declaration documenting the total hours billed broken out by task (*e.g.*, Investigation, Discovery, Motions Practice). The requested information shall be filed no later than noon on Tuesday, June 23, 2015.

IT IS SO ORDERED.

Dated: June 22, 2015

_____
EDWARD M. CHEN
United States District Judge