UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE TRACFONE UNLIMITED SERVICE PLAN LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No.  13-cv-03440-EMC <br><br> Consolidated Cases: <br> 13-cv-05295-EMC <br> 13-cv-05296-EMC <br> 14-cv-01347-EMC <br><br> **SECOND SUPPLMENTAL DECLARATION OF RICHARD W. SIMMONS** <br><br> Judge: Hon. Edward M. Chen |

I, Richard W. Simmons, declare:

1.      I am the President of Analytics Consulting LLC ("Analytics"), a firm in Chanhassen, Minnesota, that provides consulting services relating to the design and implementation of class action settlements and consumer redress programs.

2.      I am over 21 years of age, am not a Class Member in this matter, and I have personal knowledge of the facts herein. If called as a witness, I could and would testify competently thereto.

3.      This declaration is based on my personal knowledge and information provided by Analytics personnel.

4.      Analytics was appointed as "Settlement Administrator" by the Court pursuant to the Court's February 20, 2015 order regarding the preliminary approval of the class action settlement in this matter ("February 20, 2015 Order") and was directed to carry out all duties and responsibilities of the Settlement Administrator as specified in the Class Settlement Agreement.

5.      This declaration supplements my June 9, 2015 declaration.

## CLAIMS

6.      Pursuant to the February 20, 2015 Order, claim forms submitted online must be submitted no later than June 19, 2015 (the "Claim Deadline"). Claim forms submitted by mail must be postmarked no later than June 19, 2015

7.      As of June 22, 2015, **588,400** claim forms have been submitted, including **579,895** claim forms submitted online and **8,505** claim forms submitted by mail. Although the Claim Deadline has passed, additional mailed claims are anticipated.

8.      These claims included **803,671** mobile phone numbers, as claimants were permitted to submit more than one phone number in each claim form. Of these submitted mobile phone numbers, **223,890** are associated with "Identified Class Members"—*i.e.*, persons who were already deemed Valid Claimants under the settlement even without submitting a claim because TracFone's Customer Data identified them as a Class Member and included a mailing address for them.

9.      De-duplication and resolution of incomplete claims is in process and has not yet been completed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1

2

3  Executed this 22nd day of June, 2015, at Chanhassen, Minnesota

4

5  By: _____

6  RICHARD W. SIMMONS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPPLEMENTAL DECLARATION OF RICHARD W. SIMMONS
Case Nos. 13-cv-3440, 13-cv-05295, 13-cv-05296, and 14-cv-01347