# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 23, 2015          **Time:** 2:35-3:25          **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-03440-EMC     **Case Name:** Hansell v. Tracfone Wireless, Inc.
        and 15-cv-0392 EMC                        FTC v. Tracfone Wireless, Inc.

**Attorney for Plaintiff:**   Roger Heller, Nicole Sugnet, John Yanchunis, Michael Sobol,
                              Daniel Hattis, Andrew Meyer for Plaintiff Browning
**Attorney for Defendant:** Steven Brodie, Aaron Weiss and Joel Feldman
**Objector:**               Donald Birner
**Attorney for FTC:**       S. Spencer Elg

**Deputy Clerk:** Betty Lee                       **Court Reporter:** Pam Batalo

## PROCEEDINGS

MOTION FOR FINAL APPROVAL OF SETTLEMENT #121
MOTION FOR ATTORNEY'S FEE #122

## SUMMARY

For the reasons stated on the record, the motion for final approval of settlement and motion for attorney's fee are granted.  Court to issue order.