UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TRACFONE UNLIMITED SERVICE PLAN LITIGATION

No. C-13-3440 EMC

_____/

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER (1) GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND REPRESENTATIVE SERVICE AWARDS filed on July 2, 2015**. The Clerk of the Court is directed to close the file in this case, as well as C-13-5295 EMC, C-13-5296 EMC, and C-14-1347 EMC.

Dated: July 2, 2015

_____
EDWARD M. CHEN
United States District Judge