UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C-13-3440 EMC

IN RE TRACFONE UNLIMITED SERVICE PLAN LITIGATION

_____/

**ORDER RE BIRNER'S MOTION FOR RECONSIDERATION**

Objector Alexander Birner has filed a motion for reconsideration of this Court's Order denying his motion to continue the final approval hearing so that he could review discovery for the purpose of learning whether he is actually a class member. Docket No. 153 at 19 n. 5. Birner asks the Court to compel class counsel and Defendants to provide additional discovery (*e.g.*, a deposition of Karen Levine) and to complete productions already made (*e.g.*, provide the passwords to certain protected documents). Class counsel and attorneys for the Defendants are hereby **ORDERED** to file a response to Birner's motion for reconsideration within ten (10) days of the date of this Order. The response shall be no longer than seven (7) pages in length. No reply brief will be permitted.

In their response, class counsel and Defendants shall explain why Birner should not be permitted to receive additional discovery targeted specifically to his standing (*i.e.* status) as a potential class member, and why class counsel or Defendants should not be required to provide unredacted versions of documents already produced and the passwords to documents already produced. Alternatively,

///

///

the parties may file a stipulation with ten (10) days agreeing to the scope and procedures by which Birner may obtain necessary discovery relevant to the narrow question of his standing to object to the class settlement.

    IT IS SO ORDERED.

Dated: July 27, 2015

_____
EDWARD M. CHEN
United States District Judge

2