**Verifone settement Concern**
Mr Elvin Thibodeaux Jr   to: emccrd                                       08/03/2015 03:15 PM

| | |
|---|---|
| From: | Mr Elvin Thibodeaux Jr <thibodeaux43@gmail.com> |
| To: | emccrd@cand.uscourts.gov |
| History: | This message has been forwarded. |

Greetings Mrs. Lee!

I joined the class-action in the VeriFone Holdings, Inc. Securities Litigation approved by Judge Edward M Chen in December of 2013.

I was one of the investors that lost a considerable amount of money during the settlement periods.

I purchased an excess of $100,000.00 in shares during the period that was in question.

I've grown frustrated with the claims administrator Gilardi & Co LLC with the settlement payment of $91.00 which was significantly off the explanation of settlement letter they sent me.

I joined the class, and chose not to pursue individual claims because of the originally mailed calculation sheet i received in 2013.

The original documents proposed to me had a calculation of $4.00 or less a share or in that neighborhood.

I had purchased over 8,000 shares of this stock. I originally filed everything in good order with broker documents and within the deadline and certified mail

The only explanation as a claimant I'm receiving form the Administrator is more settlement amounts are still pending.

Is there a third party group I can reach out to to confirm my payment is correct?

I would greatly appreciate the contact information or a forward of this email to the proper party that reviews these matters if there is one.

My claim number is  #Verifone-101384-0

Warmest regards,

--
Elvin Joseph Thibodeaux
P.O. Box 1536
Metairie, LA 70004
Phone: 504-669-9649